**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

RACHEL A. HANLEY,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; and SANTANDER BANK, N.A.,

        Defendants.

Case No.: 1:26-cv-10575-DJC

**NOTICE OF SETTLEMENT**

    **NOTICE IS HEREBY GIVEN** that Plaintiff Rachel A. Hanley and Defendant(s) Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution.  The Parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1

Dated: May 28, 2026,

*/s/ Levi Y. Eidelman*
Levi Y. Eidelman
*admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM**
72-47 139th Street
Flushing, New York 11367
T: (718) 360-0763
E: leidelman@consumerjustice.com

Nicola S. Yousif, MA Bar No. 679545
**SHIELD LAW, LLC**
157 Belmont Street
Brockton, Massachusetts 02301
T: (508) 588-7300
E: nick@shieldlaw.com

*Attorneys for Plaintiff Rachel A. Hanley*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Lila M. Reyes*
Lila M. Reyes

2