**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| RACHEL A. HANLEY, | Case No.: 1:26-cv-10575-DJC |
| Plaintiff, | |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; and SANTANDER BANK, N.A., | |
| Defendants. | |

Plaintiff Rachel A. Hanley ("Plaintiff"), by and through undersigned counsel, hereby moves this Honorable Court to grant Plaintiff leave to file a First Amended Complaint ("FAC"), attached hereto as **Exhibit A**, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

1.    By way of background, this is an action to recover damages for violations of Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et. seq.* The complaint that commenced this action was filed on February 5, 2026 (Docket No. 1), against Defendants Equifax Information Services, LLC ("Equifax") and Santander Bank, N.A. ("Santander").

2.    Since then, additional factual investigation and review of materials obtained via discovery conducted to date has caused Plaintiff to amend and supplement a number of her allegations.

3.    Pursuant to the Electronic Clerk's Notes for proceedings held before Chief District Judge Denise J. Casper, entered on April 24, 2026, the deadline by which to file amended pleadings is on June 30, 2026.

1

4.      Plaintiff's proposed First Amended Complaint does not add any parties to the action.

5.      Plaintiff has conferred with counsel for Santander, who does not oppose this Motion.[1]

**WHEREFORE**, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Leave to File the First Amended Complaint.

Dated: June 9, 2026,

/s/ Levi Y. Eidelman
Levi Y. Eidelman
*admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM**
72-47 139th Street
Flushing, New York 11367
T: (718) 360-0763
E: leidelman@consumerjustice.com

Nicola S. Yousif, MA Bar No. 679545
**SHIELD LAW, LLC**
157 Belmont Street
Brockton, Massachusetts 02301
T: (508) 588-7300
E: nick@shieldlaw.com

*Attorneys for Plaintiff Rachel A. Hanley*

---

[1] Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement in principle in relation to this matter and are in the process of finalizing the terms and performance attendant to that resolution. *See* Docket No. 23. The instant motion and proposed First Amended Complaint do not seek to change that posture, nor Plaintiff's request that the Court vacate all deadlines in this matter as to Defendant Equifax only. *Id*.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: *<u>/s/ Lila M. Reyes</u>*
Lila M. Reyes