**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| RACHEL A. HANLEY, | Case No.: 1:26-cv-10575-DJC |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; and SANTANDER BANK, N.A., | **STIPULATION OF DISMISSAL** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Rachel A. Hanley ("Plaintiff")

and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned

counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed

with prejudice as to Defendant Equifax only.

Respectfully submitted this 11th day of June 2026.

*/s/ Levi Y. Eidelman*
Levi Y. Eidelman
*admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM**
72-47 139th Street
Flushing, New York 11367
T: (718) 360-0763
E: leidelman@consumerjustice.com

Nicola S. Yousif, MA Bar No. 679545
**SHIELD LAW, LLC**
157 Belmont Street
Brockton, Massachusetts 02301
T: (508) 588-7300
E: nick@shieldlaw.com

*Attorneys for Plaintiff Rachel A. Hanley*

*/s/ Heather H. Sharp*
Heather H. Sharp
*admitted pro hac vice*
**SEYFARTH SHAW LLP**
1075 Peachtree Street Ne Suite 2500
Atlanta, GA 30309
T: 404-881-5477
E: hsharp@seyfarth.Com

Mario D. Nimock
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
T: (312) 460-5000
E: mnimock@seyfarth.com

*Counsel for Defendant
Equifax Information Services, LLC*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Lila M. Reyes*
Lila M. Reyes

2