UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS EASTERN DIVISION

|  |  |  |
|---|---|---|
| RACHEL A. HANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:26-cv-10575-DJC |
| | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, and SANTANDER BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ANSWER TO FIRST AMENDED COMPLAINT**

The defendant Santander Bank, N.A. ("Santander") hereby answers the Plaintiff's

Complaint, paragraph by paragraph, as follows:

**INTRODUCTION**

1.      This paragraph contains introductory material to which no response is required.

To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

2.      This paragraph contains introductory material to which no response is required.

To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

3.      This paragraph contains introductory material to which no response is required.

To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

4.      This paragraph contains introductory material to which no response is required.

To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

5.      This paragraph contains introductory material to which no response is required.

To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

6. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

7. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

8. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

9. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

10. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

11. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

12. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

13. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

14. This paragraph contains introductory material to which no response is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

## **PARTIES**

15. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15.

16. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16.

17. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17.

18. Paragraph 18 states a legal conclusion to which no response is required. Answering further, Santander states that it is a national banking association, organized under the laws of the United States, and having its headquarters, as set forth in its articles of organization, in Wilmington, Delaware.

19. Paragraph 19 states a legal conclusion to which no responsive pleading is required.

## JURISDICTION AND VENUE

20. Paragraph 20 states a legal conclusion to which no responsive pleading is required. To the extent a response is required, denied.

21. Paragraph 21 states a legal conclusion to which no responsive pleading is required. To the extent a response is required, denied.

## FACTS

22. Paragraph 22 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

23. Paragraph 23 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

24. Paragraph 24 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

25. Paragraph 25 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

26.    Paragraph 26 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

27.    Paragraph 27 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

28.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28.

29.    Paragraph 29 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

30.    Paragraph 30 states a legal conclusion to which no responsive pleading is required. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

31.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31.

32.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32.

33.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33.

34.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34.

35.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35.

36.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36.

37.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37.

38.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38.

39.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39.

40.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40.

41.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41.

42.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42.

43.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43.

44.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44.

45.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45.

46.     Admitted.

47.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 47.

48.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48.

49.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49.

50.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50.

51.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51.

52.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52.

53.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53.

54.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54.

55.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55.

56.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 56.

57.     The allegations of paragraph 57 are vague and ambiguous as to the time period referenced. Accordingly, Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 57.

58.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58.

59.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59.

60.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60.

61.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61.

62.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62.

63.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 63.

64.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64.

65.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65.

66.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66.

67.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67.

68.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68.

69.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69.

70.    Paragraph 70 states a legal conclusion to which no response is required. To the extent the allegations of this paragraph are inconsistent with the statute, they are denied.

71.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 71.

72.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 72.

73.     The allegations of paragraph 73 are vague and ambiguous as to the time period referenced. Accordingly, Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73.

74.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 74.

75.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 75.

76.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 76.

77.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77.

78.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78.

79.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 79. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

80.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 80. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

81.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 81. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

82.     Santander is without knowledge or information sufficient to form a belief as to when Plaintiff submitted her dispute and admits the remainder of paragraph 82.

83.     Denied.

84.     Denied.

85.     The referenced document speaks for itself. In all other respects, denied.

86.     Denied.

87.     Santander is without knowledge or information sufficient to form a belief as to when Plaintiff submitted her dispute and admits the remainder of paragraph 87.

88.     The referenced document speaks for itself. In all other respects, denied.

89.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 89.

90.     Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 90.

91.     Denied.

92.     Denied.

93.     Denied.

94.     Denied.

95.     Denied.

96.     Denied.

97. Santander is without knowledge or information sufficient to form a belief as to the reasonableness of Plaintiff's belief. In all other respects, denied.

98. Denied.

99. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 99.

100. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 100.

101. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 101.

102. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 102.

103. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 103.

104. Santander is without knowledge or information sufficient to form a belief as to the Plaintiff's knowledge and admits the remainder of paragraph 104.

105. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 105.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110.

10

111.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111.

112.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 112.

113.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 113. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

114.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 114. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

115.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 115. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

116.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 116. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

117.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1117. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

118.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 118. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

119.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 119. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

120.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 120. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

121.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 121. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

122.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 122. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

123.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 123. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

124.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 124. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

125.    Santander admits that it received an ACDV regarding the plaintiff from Equifax in October 2025.

126.    Denied.

127.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 127. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

128.    Paragraph 128 states a legal conclusion to which no responsive pleading is required. To the extent a response is required, denied.

129.    Denied.

130.    Santander is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 130. To the extent this paragraph alleges any wrongdoing by Santander, it is denied.

131.    Denied.

132.    Denied.

## COUNT I

### 15 U.S.C. § 1681e(b)

### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy v. Equifax

Santander states that Count I is not asserted against it. Accordingly, no response is required. To the extent a response is required, Santander denies the allegations contained in Count I.

## COUNT II

### 15 U.S.C. § 1681i

### Failure to Perform a Reasonable Reinvestigation v. Equifax

Santander states that Count II is not asserted against it. Accordingly, no response is required. To the extent a response is required, Santander denies the allegations contained in Count II.

## COUNT III

### 15 U.S.C. § 1681s-2(b)

### Failure to Conduct an Investigation of the Disputed Information and Review all Relevant Information Provided by the Consumer v. Santander

13

152. Santander repeats and realleges its answers to paragraphs 1 through 151 as if fully set forth herein.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

### AFFIRMATIVE DEFENSES

1. The complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

2. The complaint is barred or limited by contractual provisions limiting Santander's liability.

3. The complaint is barred by the doctrines of waiver and estoppel.

4. Santander conducted a reasonable investigation consistent with 15 U.S.C. § 1681s-2(b).

5. Plaintiff lacks standing to bring the claims in this action.

6. Plaintiff has suffered no damages recoverable under the FCRA.

7. Plaintiff cannot establish that any alleged act or omission by Santander caused the damages alleged.

8. Plaintiff failed to mitigate any alleged damages.

9. There is no private right of action for some or all of Plaintiff's claims.

10.     Any damages that may have occurred were caused by the conduct of a third party for which Santander is not responsible.

11.     Plaintiff's claims are barred by accord and satisfaction, waiver, and/or release.

12.     Any alleged violation of the FCRA by Santander, which Santander denies, was neither willful nor negligent within the meaning of 15 U.S.C. §§ 1681n and 1681o. Any error in furnishing or reinvestigation, if any occurred, was inadvertent and occurred despite Santander's maintenance and use of reasonable procedures designed to ensure compliance with 15 U.S.C. § 1681s-2(b).

13.     Santander reserves the right to assert additional defenses as they may become evident during the discovery process and/or by operation of law and to amend this answer to assert such defenses.

Respectfully submitted,

SANTANDER BANK, N.A.,

By its attorneys,

/s/ Melissa E. King
Matthew A. Kane, BBO #666981
Melissa E. King, BBO #712163
Smith Kane, LLP
101 Federal Street, Suite 650
Boston, MA 02110
617-443-1100
kane@smithkanellp.com
king@smithkanellp.com

Date:    June 25, 2026

15

## CERTIFICATE OF SERVICE

I, Melissa E. King, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by mail to any non-registered participants on this date.

Date:   June 25, 2026                         /s/ Melissa E. King
                                              Melissa E. King